# Third District Court of Appeal
## State of Florida

Opinion filed December 31, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1202
Lower Tribunal Nos. F01-32290, F02-23074,
F02-23278, F02-23282 & F03-15874

_____

**Nelson Viera,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura María González-Marqués, Judge.

Nelson Viera, in proper person.

James Uthmeier, Attorney General, and Lourdes B. Fernandez, Assistant Attorney General, for appellee.

Before SCALES, C.J., and GORDO and GOODEN, JJ.

PER CURIAM.

Affirmed.